# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00465-CR

**The State of Texas, Appellant**

**v.**

**Dustin Doan, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 701,396, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State's motion to dismiss its appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on State's Motion

Filed:   September 26, 2008

Do Not Publish